IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SANDERSON PIPE CORPORATION,  )
                             )
    Plaintiff,                )       NO. 3:008-01075
                             )       JUDGE HAYNES
v.                           )
                             )
RELIANCE INDUSTRIES, INC.,   )
                             )
    Defendant.                )

## ORDER

A status conference in this action is set for **Monday, June 28, 2010 at 3:30 p.m.**.

It is so **ORDERED**.

**ENTERED** this the 18th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge