IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SANDERSON PIPE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:08-01075 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| RELIANCE INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

A status conference in this action is set for **Friday, July 30, 2010 at 3:30 p.m.**.

It is so **ORDERED**.

**ENTERED** this the 26th day of July, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge