IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SANDERSON PIPE CORPORATION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:08-01075 |
| | ) | JUDGE HAYNES |
| RELIANCE INDUSTRIES, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' notice of dismissal without prejudice (Docket Entry No. 35). Pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the __17th__ day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge